*Stephen M. Carney*, senior assistant state's attorney, in opposition.

Decided July 17, 2008

## DAVID BJORKLUND *v.* COMMISSIONER OF CORRECTION

The petitioner David Bjorklund's petition for certification for appeal from the Appellate Court, 108 Conn. App. 904 (AC 28011), is denied.

*Rosemarie T. Weber*, special public defender, in support of the petition.

*Ronald G. Weller*, senior assistant state's attorney, in opposition.

Decided July 17, 2008

## STATEWIDE GRIEVANCE COMMITTEE *v.* REBECCA L. JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 74 (AC 28279), is denied.

*Rebecca L. Johnson*, pro se, in support of the petition.

Decided July 17, 2008